# DAVID G. IRONMAN, ESQ.
Attorney at Law
176 Hart Boulevard
Staten Island, New York 10301
Tel: 718-273-5444

*New Jersey Office:*
Professional Offices of
Borteck & Sanders
70 South Orange Avenue
Livingston, New Jersey 07039
Tel.: 646-701-4294

*Fla Office:*
1571 Northwest 13th Court
Miami, Florida 33125

*Admitted to Practice in:*
New Jersey, New York,
& Florida

July 4, 2012

United States District Judge
Eastern District of New York
Alphonse M. D'Amato Courthouse
100 Federal Plaza
Central Islip, New York 11722

Attn:  The Honorable Judge Sandra J. Feurstein

Re:     Sentencing Pasquale Andriano

Dear Judge Feurstein:

Please permit this letter as counsel's sentencing memorandum for Pasquale Andriano.

When Patsy Andriano first proffered to the Government he had been charged with a small role in Steven Zaccaro's multi million dollar drug ring.  Mr. Andriano had been charged with harvesting for a couple of days for Mr. Zuccaro.  Mr. Andriano had already decided he no longer wanted to be part of the life he had been a part of growing up. During the proffer session Patsy Andriano disclosed every incident of criminal activity he had been involved with including the Gebhart murder.

This honest disclosure was proof that Mr. Andriano was remorseful for his actions and wanted to sever his relationship with those people close to him that he had grown up trying to emulate.  Patsy Andriano has always been truthful to any government official or member of law enforcement that during a debriefing.  Mr. Andriano has never minimized his conduct or enhanced anyone else's.  The Government prepared Mr. Andriano to testify at other trials but chose to use him at the trial of John Burke.

During his 85 months of incarceration Mr. Andriano has never received any disciplinary reports or sanctions'.  Mr. Andriano has tried any way possible to demonstrate that he truly has abandoned the lifestyle he had lived as he grew up.

      At this time of his life Mr. Andriano has rekindled a relationship with a childhood sweetheart who has moved away from Queens. This relationship will take him away from his old neighborhood and allow him to begin a productive family life. The family he intends to join includes a hardworking wife with two young children one of whom is a child with special needs. This new life includes a job already waiting for Mr. Andriano with one of the companies he had been working for before his past conduct placed him in jail. Mr. Andriano's job would be working with rebar steel as he had in the past before his arrest.

      Patsy Andriano was indicted in the Middle District of Florida with John Alite, Mike Malone and others. That indictment included several of the people involved with the Gebhart murder. The Gebhart murder was planned by John Alite and Steve Zaccaro to increase their drug trafficking they then enlisted members of their crew including Patsy Andriano. Mr. Andriano participated willingly as he wanted to be like John Alite.

      John Alite planned the Gebhart murder with Steve Zaccaro for their benefit. John Alite is no longer in jail and is home with his family. Steve Zaccaro made millions as a drug lord and is no longer in jail and is home with his family. Mike Malone who drove Patsy Andriano to the Gebhart murder and was also indicted in Florida is now home with his family. Patsy Andriano has been in jail longer then any of them, yet he disclosed the true facts about the murder before anyone else.

      I ask the Court to sentence Pasquale Andriano to concurrent time to the 85 months time that he has served, so as make his sentence time served.

      Thank you for your time and attention to this matter. Should you have any questions or comments please do not hesitate to contact my office.

                                    Sincerely,
                                    /s/ *David G. Ironman*
                                  DAVID G. IRONMAN

DGI: